# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0383. HARVEY COUCH v. THE STATE.**

In 1989, Harvey Couch pled guilty to rape and other crimes. In 2022, he filed a motion to withdraw his guilty plea. On July 18, 2022, the trial court dismissed Couch's motion as untimely. On August 22, 2022, Couch filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Legare v. State*, 269 Ga. 468, 468 (499 SE2d 640) (1998). Couch's notice of appeal was filed 35 days after entry of the trial court's order. The notice is dated July 16, 2022, before the expiration of Couch's 30-day appeal period, but was not stamped "filed" by the trial court clerk until August 22. We recognize that, as a pro se prisoner, Couch is dependent upon correctional personnel to dispatch his mail. Nevertheless, even though Couch may have acted promptly after receiving the trial court's order, "his filing did not get to the superior court in time. So we have no jurisdiction over his appeal." *Ebeling v. State*, 355 Ga. App. 469, 470 (844 SE2d 518) (2020). Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* ___10/11/2022___

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*